IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case Number: 8:07CR30 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| JAISANKAR MARIMUTHU, ) | |
| CHOCKALINGAM RAMANATHAN, and ) | |
| THIRUGNANAM RAMANATH, ) | |
| ) | |
| Defendants. ) | |

**SEALED**

**ORDER**

This matter having come before the court pursuant to an application under Title 18, United States Code, Section 2703(c), which application requests the issuance of an order under Title 18, United States Code, Section 2703(d) directing Yahoo! Inc., an electronic communications service provider, located at 701 First Avenue, Sunnyvale, California, in the Northern District of California, to disclose certain records and other information, as set forth in Attachment A to the Application, the court finds that the applicant has offered specific and articulable facts showing that there are reasonable grounds to believe that the records or other information sought are relevant and material to an ongoing criminal investigation.

IT APPEARING that the information sought is relevant and material to an ongoing criminal investigation, and that disclosure to any person of this investigation or this application and order entered in connection therewith would seriously jeopardize the investigation;

11

8:07-cr-00030-LSC-FG3   Doc # 11   Filed: 02/01/07   Page 2 of 3 - Page ID # 76

IT IS ORDERED pursuant to Title 18, United States Code, Section 2703(d) that Yahoo! Inc. will, within ten days of the date of this Order, turn over to agents of the Federal Bureau of Investigation the records and other information as set forth in Attachment A to this Order.

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the court, and that Yahoo! Inc. shall not disclose the existence of this application and/or Order of the court, or the existence of the investigation, to the listed subscriber or to any other person (except as necessary to carry out this Order) unless and until authorized to do so by the Court.

DATED this 1st day of February, 2007.

_____
THOMAS D. THALKEN
UNITED STATES MAGISTRATE JUDGE

```
 1            APPLICATION ATTACHMENT A
 2   Yahoo! Inc.
 3   Custodian of Records
 4   701 First Avenue
 5   Sunnyvale, California 94089
 6
 7   I. Files and Accounts to be copied by Yahoo! Employees.
 8        a. Please provide all account information, to include,
 9   associated accounts, buddy lists, address books, subscriber
10   information, connection logs, opened e-mail, and unopened e-
11   mail older than 180 days for the following e-mail accounts:
12        chowdavaram@yahoo.com
13        CH0_FOR@yahoo.com
14        thrgnnm@yahoo.com
15        b. All unopened electronic mail over 180 days old,
16   stored and presently contained in, or on behalf of, the
17   following electronic mail address and/or associated accounts:
18        chowdavaram@yahoo.com
19        thrgnnm@yahoo.com
20        c. All existing printouts from original storage of all
21   of the electronic mail, and any associated attachments,
22   described above in Section I (a) and (b);
23        d. All Internet Protocol login records pertaining to the
24   accounts:
25        chowdavaram@yahoo.com
26        CH0_FOR@yahoo.com
27        thrgnnm@yahoo.com
28
```