IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Number: 8:07CR30 |
| Plaintiff, | |
| vs. | ORDER |
| JAISANKAR MARIMUTHU, CHOCKALINGAM RAMANATHAN, and THIRUGNANAM RAMANATH, | **SEALED** |
| Defendants. | |

**ORDER**

This matter having come before the court pursuant to an application under Title 18, United States Code, Section 2703(c), which application requests the issuance of an order under Title 18, United States Code, Section 2703(d) directing Yahoo! Inc., an electronic communications service provider, located at 701 First Avenue, Sunnyvale, California, in the Northern District of California, to disclose certain records and other information, as set forth in Attachment A to the Application, the court finds that the applicant has offered specific and articulable facts showing that there are reasonable grounds to believe that the records or other information sought are relevant and material to an ongoing criminal investigation.

IT APPEARING that the information sought is relevant and material to an ongoing criminal investigation, and that disclosure to any person of this investigation or this application and order entered in connection therewith would seriously jeopardize the investigation;

9

*copy to USA*

IT IS ORDERED pursuant to Title 18, United States Code, Section 2703(d) that Yahoo! Inc. will, within ten days of the date of this Order, turn over to agents of the Federal Bureau of Investigation the records and other information as set forth in Attachment A to this Order.

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the court, and that Yahoo! Inc. shall not disclose the existence of this application and/or Order of the court, or the existence of the investigation, to the listed subscriber or to any other person (except as necessary to carry out this Order) unless and until authorized to do so by the Court.

DATED this 22nd day of February, 2007.

_____
THOMAS D. THALKEN
UNITED STATES MAGISTRATE JUDGE

10

```
                APPLICATION ATTACHMENT A
     Yahoo! Inc.
     Custodian of Records
     701 First Avenue
     Sunnyvale, California 94089

     I. Files and Accounts to be copied by Yahoo! Employees.
           A. All Internet Protocol login records pertaining to the
     account:
           CHO_FOR@YAHOO.COM
```

11