UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

```
FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA
MAR - 9 2007
OFFICE OF THE CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CRIMINAL NO. 8:07CR30 |
| Plaintiff, ) | |
| ) | |
| v. ) | LIMITED SEALING ORDER |
| ) | |
| JAISANKAR MARIMUTHU, ) | |
| CHOCKALINGAM RAMANATHAN ) | |
| and ) | |
| THIRUGNANAM RAMANATHAN, ) | |
| Defendants. ) | |

**SEALED**

## LIMITED SEALING ORDER

Now, on motion of the United States of America, by its attorneys, JOE W. STECHER United States Attorney, and Nicola J. Mrazek, Trial Attorney, Criminal Division, Fraud Section, it is hereby ORDERED, that the Extradition Package for Thirugnanam Ramanathan, including the Prosecutor's Affidavit, all Exhibits referenced in the Prosecutor's Affidavit, and this Sealing Order dated March 9, 2007 regarding the above captioned matter is sealed until further order of this Court with the limited exception that the Extradition Package may be disclosed in accordance with international law to the authorities in Hong Kong and may be further disclosed pursuant to that country's laws.

3/9/07

Thomas D. Thalken
United States Magistrate Judge
District of Nebraska