# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | 8:07CR30 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **THIRUGNANAM RAMANATHAN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion of defendant Thirugnanam Ramanathan (Ramanathan) to take the deposition of Jaisankar Marimuthu in Hong Kong pursuant to Rule 15, Federal Rules of Criminal Procedure (Filing No. 89). The government does not oppose the motion. The court finds exceptional circumstances exist and the taking of the deposition would be in the interest of justice. For good cause shown, the motion is granted and Letters Rogatory will be issued.

**IT IS SO ORDERED.**

DATED this 10th day of January, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge
