IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 8:07CR30 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **JAISANKAR MARIMUTHU,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the government's motion to continue trial (Filing No. 195), the Defendant's objection thereto (Filing No. 196), and the government's reply (Filing No. 197).

After careful consideration,

IT IS ORDERED:

1. The government's motion to continue trial (Filing No. 195) is denied; and

2. The Defendant's objection (Filing No. 196) is granted.

DATED this 28th day of December, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge