IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:07CR30** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **JAISANKAR MARIMUTHU,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the pro se notice of appeal (Filing No. 225), the notice of appeal filed by defense counsel (Filing No. 227), and the Clerk's memorandum regarding the possibility of the Defendant proceeding in forma pauperis on appeal (Filing No. 226).

Because defense counsel filed a notice of appeal, the pro se notice of appeal will be stricken. The Defendant is permitted to proceed in forma pauperis on appeal.

IT IS ORDERED:

1. The pro se notice of appeal (Filing No. 225) is hereby stricken; and

2. The Defendant may proceed in forma pauperis on appeal.

DATED this 5th day of May, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge