## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:07CR30** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **JAISANKAR MARIMUTHU,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This motion is before the Court on the following motions filed by the Defendant, Jaisankar Marimuthu: for an extension of time to file a reply brief (Filing No. 255); for copies (Filing No. 256); and for documents (Filing No. 257).

The request for an extension to file a reply brief is granted. The requests for the Court to provide, or alternatively, order the U.S. Attorney's Office to provide, copies of documents relating to the loss amount are denied. The Court suggests that the Defendant contact his attorney.

IT IS ORDERED:

1. The Defendant's motion for an extension of time to file a reply brief (Filing No. 255) is granted;

2. The Defendant must file his reply brief on or before August 15, 2011;

3. The Defendant's motions for copies (Filing No. 256) and documents (Filing No. 257) are denied; and

4. The Clerk is directed to mail a copy of this Memorandum and Order to the Defendant at his last known address.

DATED this 28th day of July, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge