## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:07CR30** |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER** |
| **JAISANKAR MARIMUTHU,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's Motion for Reduction of Sentence (Filing No. 297). The Defendant's conviction and sentence are final, and the power of commutation rests with the President of the United States and not the judiciary. Therefore,

IT IS ORDERED that the Defendant's Motion for Reduction of Sentence (Filing No. 297) is denied.

DATED this 9th day of April, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge